[No. 11333. Department Two. — May 29, 1888.]

STEPHEN LARKIN, RESPONDENT, *v.* JENNIE LAR-
KIN, APPELLANT.

APPEAL — ORDER REFUSING TO VACATE APPEALABLE ORDER — ORDER RE-
FUSING TO SET ASIDE ORDER DENYING NEW TRIAL. — An order refusing
to vacate an order refusing a new trial and dismissing the motion there-
for is not appealable, as an appeal lies from the last-named order.

ID. — IDENTIFICATION OF PAPERS USED ON MOTION. — An order refusing a
new trial and dismissing the motion therefor, which was heard upon affi-
davits and oral testimony, will not be reviewed on appeal when the
transcript contains no statement on appeal, no bill of exceptions, and no
papers identified as the papers used on the hearing of the motion.

APPEAL from a judgment of the Superior Court of
Alameda County, from an order refusing a new trial and
dismissing the motion therefor, and from an order refus-
ing to vacate such order.

The facts are stated in the opinion.

*Charles F. Hanlon,* and *L. L. Cory,* for Appellant.

*Thomas H. Smith,* and *Mastick, Belcher & Mastick,* for
Respondent.

FOOTE, C. — This is an appeal from a final judgment in
divorce proceedings, from an order refusing a new trial
and dismissing the motion therefor, and from an order
refusing to set aside and vacate the order above men-
tioned.

As the appellant confesses, there is no record here
upon which an appeal from the judgment can be con-
sidered.

The order refusing a new trial and dismissing the
motion therefor was itself appealable.

It has been often held by this court that it will not
take jurisdiction of an appeal taken from an order refus-
ing to set aside an order itself appealable. (*Tripp* v.
*Santa Rosa Street R. R. Co.,* 69 Cal. 632, and cases cited.)

So that it alone remains to be determined what course is to be taken as to the appeal from the order refusing a new trial and dismissing the motion therefor. The order appealed from shows that the motion was heard upon affidavits and oral testimony.

There being in the transcript no statement on appeal, no bill of exceptions, and no papers indentifiable as the papers used on the hearing of the motion to dismiss, the validity and regularity of the order of dismissal is not reviewable on appeal. "The presumption is, that the order was properly made, and in the absence of a bill of exceptions or statement on appeal making the motion and order part of the record of the case, that presumption is conclusive." (*Strathern* v. *Dakin*, 63 Cal. 479; citing *Nash* v. *Harris*, 57 Cal. 242.)

We therefore advise that the appeal from the judgment and order last made refusing to set aside the order denying a new trial and dismissing the motion therefor be dismissed, and that the order last mentioned be affirmed.

BELCHER, C. C., concurred.

The COURT.—For the reasons given in the foregoing opinion, the appeal from the judgment and order last made refusing to set aside the order denying a new trial and dismissing the motion therefor is dismissed, and order denying a new trial is affirmed.